IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KELLY C. WHORLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-cv-05446-MLP<br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will give further consideration to the claimant's maximum residual functional capacity; further evaluate the claimant's subjective symptom complaints; and take further action to complete the administrative record resolving the above issues and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 2nd day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Sarah Moum

Sarah Moum
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov